IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 12-0265
 ((((((((((((((((

 Todd-Warren Altschul, Petitioner

 v.

 TDCJ - INMATE TRUST FUND DIVISION, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petition for review, filed on March 22, 2012, is ABATED.
 2. This petition is removed from the Court's active docket. It is
the parties' responsibility to immediately notify this Court when the court
of appeals' decision is final.

 Done at the City of Austin, this 6th day of April, 2012.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk